UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD BOURCICAULT<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BELLE FLEUR FLOWERS, LLC, BELLE FLEUR, LLC, all d/b/a "BELLE FLEUR", MARILYN WAGA AND MEREDITH WAGA PEREZ, along with any other affiliated entities Jointly and Severally,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:20-cv-07567 (JMF)(KNF)<br><br>**JUDGMENT** |

**WHEREAS,** pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants, Belle Fleur Flowers, LLC d/b/a "Belle Fleur Belle Fleur Flowers LLC, d/b/a as "Belle Fleur" (improperly pled as "Belle Fleur, LLC") Marilyn Waga and Meredith Waga Perez ("Defendants"), made an offer to allow judgment to be taken against them jointly in this action in the amount of Ninety Five Thousand Seven Hundred Fifty Dollars ($95,750.00), which is inclusive of all attorneys' fees, all costs, and other damages of any kind sought by Plaintiff in this action ("Offer of Judgment") (DE #23); and

**WHEREAS,** Plaintiff Ronald Bourcicault provided notice that he has accepted Defendants' Officer of Judgment (DE #24);

**IT IS ON THIS** $\underline{3^{rd}}$ **day of February 2021,**

**ORDERED THAT** Judgment be entered against Defendants jointly in the amount of Ninety Five Thousand Seven Hundred Fifty Dollars ($95,750.00), inclusive of all attorneys' fees,

26546113v.1

all costs and other damages of any kind sought by Plaintiff in this action.

**IT IS FURTHER ORDERED THAT,** the Clerk of Court is directed to enter judgment consistent with this accepted Offer of Judgment and close the case.

_____
Hon. Jesse M. Furman,  U.S.D.J.

Dated: February 3, 2021